# VIOLATION NOTICE

| | |
|---|---|
| Violation Number | R 3206352 |
| Officer Name (Print) | Jennings |
| Officer No | J9096 |
| State Code | DE 10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/21/2006 1400 hrs | DE Code Title 11, Sec 840 |

Place of Offense: Dover AFB, Base Exchange

Offense Description: Shoplifting

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| Steele | Albert | M. | (302) 422-4476 |

Street Address: [REDACTED]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) | Social Security No |
|---|---|---|---|---|
| Milford | DE | 19963 | 11/93/[REDACTED] | — 7653 |

Drivers License No: [REDACTED]  D.L. State: DE

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Eyes: GRY   Hair: BLU   Height: 72 v   Weight: 185

## VEHICLE DESCRIPTION

| Tag No | State | Year | Maker/Model | Color | VIN |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →

$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: The Federal Building, U.S. District of Court, 844 Kings St, Wilmington, DE 19801

Date (mm/dd/yyyy): ___   Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed, or pay the total collateral due.

x Defendant Signature: R.L.M. Steele

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21st Sept, 2006 while exercising my duties as a law enforcement officer in the Kent District of DE.

Your Honor,

At approximately 1430 hours on 21 Sept 06, the Dover AFB Security Forces Law Enforcement Desk received a call from AAFES Detectives at the Dover Base Exchange. They relayed that they had caught a shoplifter upon arrival at the Base Exchange. I made contact with Loss Prevention agents and watched a recorded video tape of Albert Steele shoplifting numerous items. The items shoplifted were two pairs of Polo Cash drops valued at $1.15 each, one pack of Jockey undershirts valued at $12.00 and two Crosses with necklaces made out of stainless steel valued at $24.99 each. The total value of shoplifted goods was $74.28.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 09/21/2006   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on ___ Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVR Scan 10/12/2006 10:40:25

REDACTED